IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JONATHAN HANKS,

        Plaintiff,                     No. CIV S-06-2744 RRB EFB P

    vs.

JEAN HALL, et al.,

        Defendants.            ORDER

_____/

      Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. On May 15, 2007, the court dismissed the complaint and gave plaintiff time to file an amended complaint. On June 29, 2007, the court granted plaintiff an extension of time to comply with the May 15 order. Plaintiff requests a second extension of time. *See* Fed. R. Civ. P. 6(b). He asserts that the prison has been placed on lock-down and he is not sure when he will have access to the law library to research his Constitutional right to visits. The court notes that the May 15 order contained a brief explanation of how his allegations failed to state a claim.

////

////

////

1

1  Plaintiff's July 31, 2007, request is granted and plaintiff has 30 days from the date this
2  order is served to file an amended complaint.
3  So ordered.
4  Dated: August 8, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE