IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JONATHAN HANKS,

      Plaintiff,               No. CIV S-06-2744 RRB EFB P

    vs.

JEAN HALL, et al.,

      Defendants.        __ORDER__

_____/

      Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations. _See_ 42 U.S.C. § 1983.  Plaintiff has notified the Clerk of the Court of his intent to voluntarily dismiss this action.  Defendants have not been served.

      A plaintiff may dismiss an action without a court order at any time before defendants serve an answer or motion for summary judgment.  Fed. R. Civ. P. 41(a).  Defendants have not answered or moved for summary judgment.

      The Clerk of the Court therefore is directed to enter plaintiff's dismissal without prejudice.

      So ordered.

Dated:  October 10, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE